IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY UW D.C.

05 JUL 12 PM 5:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 01-20045-Ma

TAMARA WILLIAMS,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE HEARING

---

Before the court is the July 1, 2005, motion by Tamara Williams, to reset the hearing which was set on July 15, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The Rule 35 hearing is **reset** to **Thursday, July 21, 2005, at 2:00 p.m.**

It is so ORDERED this 11th day of July, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:01-CR-20045 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT