AO 245 S (Rev. 4/90)(W.D. TN rev.) Judgment in a Criminal Case

Page 1 of 2

Case 2:01-cr-20045-SHM   Document 44   Filed 08/03/05   Page 1 of 3    PageID 51

# United States District Court

Western District of Tennessee

FILED BY ___ D.C.

05 AUG -3 PM 5:21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.

Case Number CR 2:01CR20045-Ma

**TAMARA WILLIAMS**

## AMENDED* JUDGMENT AND COMMITMENT ORDER
## ON PROBATION VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Tamara Williams, was represented by Mr. Needum Louis Germany, III.

It appearing that the defendant, who was sentenced in the above-styled cause by the Hon. Neal B. Biggers, U.S. District Court, Oxford, Mississippi, on February 1, 2001, and was placed on Probation supervision for a period of three (3) years, has violated the terms of her supervision, it is hereby ORDERED and ADJUDGED that the defendant's Probation be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of *time already served.

*The defendant shall be placed on Supervised Release for a period of one (1) year. **The previous conditions of defendant's supervision are re-imposed**, with the exception of the condition that defendant serve a period of home confinement.

The defendant shall also comply with the following additional condition of supervised release:

The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

The defendant shall comply with the standard conditions of supervised release as set forth on Page 2 of this Judgment.

Signed this **3d** day of August, 2005.

**SAMUEL H. MAYS, JR.**
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **8-5-05**

44

Case 2:01-cr-20045-SHM   Document 44   Filed 08/03/05   Page 2 of 3    PageID 52

AO 245 S (Rev. 4/90)(W.D. TN rev.) Judgment in a Criminal Case
Page 2 of 2

DEFENDANT: TAMARA WILLIAMS
CASE NUMBER: 2:01CR20045-01-Ma

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not illegally possess a controlled substance.

3) The defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer;

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

7) The defendant shall support his or her dependents and meet other family responsibilities;

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:01-CR-20045 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT